Case 4:22-cr-00057 Document 1 Filed on 02/03/22 in TXSD Page 1 of 1 United States Courts
Southern District of Texas
FILED

*February 03, 2022*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    **CRIMINAL NO. 4:22-cr-57** |
| | § |
| CHARLES ANTHONY WALKER | § |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
#### (Possession of Stolen Firearms)

From on or about September 3, 2021, to on or about October 5, 2021, in the Southern

District of Texas, Defendant,

## CHARLES ANTHONY WALKER,

did knowingly receive and possess one or more stolen firearms and firearm parts, that is, up to

twenty (20) Polymer80, Inc., PFC9 Compact 9mm pistols and up to thirty-eight (38) Polymer80

9mm magazines, which had been shipped and transported in interstate and foreign commerce,

knowing and having reasonable cause to believe said firearms and firearms parts were stolen.

In violation of Title 18, United States Code, Sections 922(j)) and 924(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

Carrie Wirsing
Assistant United States Attorney